# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1872.  TODD E. LYNCH v. TERRY E. PARKMAN DMD PC, et al.**

This case originated in magistrate court. Following an adverse ruling, plaintiff Todd Lynch appealed to the superior court.  The superior court affirmed the magistrate court's decision, and Lynch filed this direct appeal from the superior court's order.  We lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Lynch was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/25/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*